In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-04-381 CV


____________________



IN THE MATTER OF T.S.






On Appeal from the 317th District Court


Jefferson County, Texas


Trial Cause No. C-9530-J






MEMORANDUM OPINION


 We abated this appeal and remanded the case to the trial court on January 20, 2005. 
A supplemental record has been filed with the Court of Appeals. The appeal is reinstated.

 The appellant, T.S., filed a motion to dismiss this appeal. The Court finds that this
motion is voluntarily made by the appellant prior to any decision of this Court and should
be granted. Tex. R. App. P. 42.1(a)(1). No other party filed a notice of appeal. The
motion to dismiss is granted and the appeal is therefore dismissed.

 APPEAL DISMISSED.

 ___________________________

 DAVID GAULTNEY

 Justice 


Opinion Delivered August 11, 2005 

Before Gaultney, Kreger and Horton, JJ.